UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARIANA MICHELE JAKOBSEN,

                    Plaintiff,

     v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

                    Defendant.

Case No. C17-0398RSL

ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS

      The Court GRANTS plaintiff's *in forma pauperis* application, Dkt. 1, and ORDERS:

      (1)    Plaintiff shall be issued summonses.

      (2)    Plaintiff is responsible for serving the complaint and summonses, and must file proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a copy of the summonses and complaint, along with plaintiff's identifying information, by email to USAWAW.SSAClerk@usdoj.gov.

      DATED this 15th day of March, 2017.

                                                  */s/ Robert S. Lasnik*
                                                  ROBERT S. LASNIK
                                                  United States District Judge