U.S. DISTRICT COURT JUDGE ROBERT S. LASNKIK

UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIANA MICHELLE JAKOBSEN, | ) |
| Plaintiff, | ) Civil No. 2:17-cv-00398-RSL |
| v. | ) |
| | ) [PROPOSED] ORDER |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

THIS MATTER having been brought before this Court upon the parties' Stipulated Motion for Equal Access to Justice Act attorneys' fees and costs, and the Court having fully considered this matter:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Stipulated Motion for EAJA attorney fees is Granted and Plaintiff is awarded attorneys' fees in the amount of $6,612.14 and reimbursement of expenses in the amount of $25.60 for a total of $6,637.74 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, subject to any offset as described in *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Plaintiff is also awarded $11.10 in costs under 28 U.S.C. § 1920.

**ROBEY NAMBA, P.S.**
1414 F Street
Bellingham, WA 98225
Phone: (360) 676-2548
Fax: (360) 647-7838

[PROPOSED] ORDER - 1

The check(s) shall be mailed to Plaintiff's attorney's office: Robey Namba, P.S., 1414 F Street, Bellingham, WA 98225. If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, the check for EAJA fees shall be made payable to Robey Namba, P.S., based upon Plaintiff's assignment of these amounts to Plaintiff's attorney as evidenced by the March 10, 2017 Confirmation of Assignment of EAJA Fee / Cost Checks included as an Exhibit to the Stipulated Motion.

DATED this 19th day of April, 2018.

_____
U.S. DISTRICT COURT JUDGE ROBERT S. LASNIK

Presented By:

s/ David A. Namba
David A. Namba, WSBA #29346
Attorney for Plaintiff

RESPECTFULLY SUBMITTED on April 18, 2018.

ROBEY NAMBA, P.S.

s/ David A. Namba
David A. Namba, WSBA #29346
Attorney for Plaintiff
Robey Namba, P.S.
1414 F Street
Bellingham, WA 98225
Telephone: 360.676.2548
Fax: 360.647.7838
E-mail: mail@robeynambalaw.com

[PROPOSED] ORDER - 2

**Confirmation of Assignment of EAJA Fee/Cost Checks**

This confirms, per the "Contract to Employ Attorney, Contingent Fee Basis Agreement - Social Security" signed by me, Mariana M. Jakobsen, and by my attorney, Robey Namba, P.S., on December 21, 2012, that in the event that an Action or Appeal in the U.S. District Courts in connection with my Social Security claim is successful and the Court awards my attorney Fees and/or Costs under the Equal Access to Justice Act (EAJA), I have assigned said Attorney Fees and/or Costs to Robey Namba, P.S.

I hereby grant Robey Namba, P.S., an Irrevocable Power of Attorney to endorse any such EAJA Attorneys Fees and/or Costs checks, and understand and acknowledge that any such EAJA Attorney Fee and/or Costs will be deposited by my attorney directly into the office account for the law office of Robey Namba, P.S. without my further consent or endorsement. I also understand and acknowledge that no part of any such EAJA Attorney Fees and/or Costs will be shared with me, the client.

_____   3-10-17
MARIANA MICHELE JAKOBSEN    Date